UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO.: 2:23-cr-133-SPC-KCD

ERNEST JESHAD FOSTER

## PRELIMINARY ORDER OF FOREFEITURE

Before the Court is the United States' Motion for Preliminary Order of Forfeiture.  (Doc. 39).  Now that Defendant has been adjudicated guilty, the Government seeks a preliminary order forfeiting his interest in a Taurus firearm (S/N: ACK387108) and ammunition seized on or about August 23, 2023.  *See* 18 U.S.C. § 924(d)(1); 28 U.S.C. § 2461(c); Fed. R. Crim. P. 32.2(b)(2).  In so moving, the Government has connected the above assets to the crime of conviction.  The Court thus finds the United States is entitled to possession of the assets.

Accordingly, it is

**ORDERED**:

The United States' Motion for Preliminary Order of Forfeiture (Doc. 39) is **GRANTED**.

1. The Taurus firearm (S/N: ACK387108) and ammunition seized on or about August 23, 2023 are **FORFEITED** to the United States for

disposition according to law and subject to 21 U.S.C. § 853(n), as incorporated by 28 U.S.C. § 2461(c), and Rule 32.2.

2. Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of the assets.

**DONE AND ORDERED** in Fort Myers, Florida on March 6, 2024.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record

2