UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                            CASE NO.: 2:23-cr-133-SPC-KCD

ERNEST JESHAD FOSTER

## FINAL ORDER OF FORFEITURE

Before the Court is the United States' Motion for Final Order of Forfeiture. (Doc. 44). The Government seeks to have forfeited **a Taurus firearm (S/N: ACK387108) and ammunition ("Assets")** seized on or about August 23, 2023, which were subject to a March 6, 2024 Preliminary Order of Forfeiture (Doc. 40). Although the Government gave proper notice, no third parties have petitioned for the Assets, and the time to do so has expired. The Court thus will forfeit all right, title, and interest in the Assets to the Government.

Accordingly, it is now

**ORDERED:**

The United States' Motion for Final Order of Forfeiture (Doc. 44) is **GRANTED**.

1. Defendant's interest in **a Taurus firearm (S/N: ACK387108) and ammunition** are **CONDEMNED** and **FORFEITED** to the United

States for disposition according to law and subject to 21 U.S.C. § 853(n)(7), and Federal Rule of Criminal Procedure 32.2(c)(2).

2. Clear title to the Assets is now **VESTED** in the United States.

**DONE AND ORDERED** in Fort Myers, Florida on May 13, 2024.

*Sheri Polster Chappell*
**SHERI POLSTER CHAPPELL**
**UNITED STATES DISTRICT JUDGE**

Copies:  Counsel of Record

2